UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                         Case No. 24-30322
                                              Originating No.  24CR164

**QUINTEN JONES,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **QUINTEN JONES,** to answer to charges pending in another federal district, and states:

1. On **August 1, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment**.  Defendant is charged in that district with violations of **21 U.S.C. § 846, conspiracy to possess with intent to distribute controlled substances.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


*s/Thomas Franzinger*
THOMAS FRANZINGER
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 2, 2024